UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                        :
TECHTRONIC CORDLESS GP,                                 :
                                    Plaintiff,          :
                                                        :            22 Civ. 3441 (LGS)
                        -against-                        :
                                                        :                 ORDER
M/V MSC ARIANE, et al.,                                 :
                                    Defendants.  :
                                                        :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Plaintiff filed this action on April 27, 2022;

        WHEREAS, Plaintiff has not indicated that Defendant Ainara Commercial SA ("Ainara")

has been served or filed proof of service on ECF.  It is hereby

        **ORDERED** that, by **July 29, 2022**, Plaintiff shall either file proof of service of Ainara or

file a letter explaining whether it intends to serve Ainara or whether Ainara should be dismissed

as a Defendant.

Dated: July 28, 2022
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**